**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Tammy J. Carlini**
Debtor(s)

Bankruptcy Case No.: 14−22187−JAD

Chapter: 13
Docket No.: 101 − 100

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this 27th day of September, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/3/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/15/17 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/3/17.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22187-JAD
Tammy J. Carlini                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur            Page 1 of 2             Date Rcvd: Sep 27, 2017
                              Form ID: 408          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
```
db              Tammy J. Carlini,    401 Johnston Avenue,    Pittsburgh, PA 15207-1744
cr             +PNC Bank, National Association,    3232 Newark Drive,    Miamisburg, OH 45342-5421
13862587       +Allied Interstate,    3000 Corporate Exchange Drive,    5t Floor,   Columbus, OH 43231-7689
13862588        Bk Of Amer,    P.O. Box 7047,   Dover, DE 19903
13862590        Customer Reports OnHealth,    PO Box 5233,   Harlan, IA 51593-0733
13862592       +Fashion Bug/Soanb,    1103 Allen Dr,   Milford, OH 45150-8763
13862593       +Fashion Bug/Spirit of America,    1103 Allen Drive,    Milford, OH 45150-8763
13862597       +HACP,    1705 Belleau Drive,   Pittsburgh, PA 15212-3976
13862599       +LVNV Funding LLC,    c/o Apothaker& Associates, P.C.,    2417 Welsh Road, Suite 21,    #520,
                 Philadelphia, PA 19114-2209
13862598       +Louis P. Vitti, Esquire,    Vitti & Vitti & Associates, PC,    215 Fourth Avenue,
                 Pittsburgh, PA 15222-1707
13862600       +Macys/Fdsb,    9111 Duke Blvd,   Mason, OH 45040-8999
13862606        NCO Financial/55,    PO Box 13570,   Philadelphia, PA 19101
13862604       +National Geographic,    1145 17th Street N.W.,    Washington, DC 20036-4707
13862605       +National Home Gardening Club,    PO Box 3528,    Hopkins, MN 55343-3528
13862607       +North Shore Agency,    9525 Sweet Valley Drive,    Building A,   Cleveland, OH 44125-4237
13885647       +PNC Bank, National Association,    c/o Vitti & Vitti & Associates, P.C.,    215 Fourth Avenue,
                 Pittsburgh, PA 15222-1707
13862608       +Penn Credit,    916 S. 14th Street,   PO Box 988,    Harrisburg, PA 17108-0988
13862609       +Peoples Natural Gas,    PO Box 535323,   Pittsburgh, PA 15253-5323
13899355       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13862610       +Pittsburgh Water and Sewer Authority,    1200 Penn Avenue,    Pittsburgh, PA 15222-4216
13862611       +Pnc Mortgage,    Bankruptcy Department,   Mail: B6-YM07-01-8,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13862613       +RJM Acquistions, LLC,    575 Underhill Blvd,    Syosset, NY 11791-3426
13862612       +Retrevial-Masters Creditors Bureau, Inc.,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
13862614        Rodale,    400 South Tenth Street,   Emmaus, PA 18098-0099
13862615       +Sears/Citibank USA N.A.,    Credit Card Registration,    300 West Schrock Road,
                 Westerville, OH 43081-1189
13862616        Solomon and Solomon P.C.,    Columbia Circle,    PO Box 15019,   Albany, NY 12212-5019
13862617       +UPMC PHYSICIAN SERVICES,    PO BOX 371980,   Pittsburgh, PA 15250-7980
13862618       +Verizon,    500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13903080         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2017 01:22:02
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13862589       +E-mail/Text: bnc@bass-associates.com Sep 28 2017 01:18:42     Collins Financial Services, Inc.,
                 Asignee of Citibank,    2101 West Ben White Blvd.,    Austin, TX 78704-7516
13862591       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 28 2017 01:18:50     Duquesne Light Co.,
                 411 Seventh Avenue, MD 6-1,    ATTN LEGAL,   Pittsburgh, PA 15219-1942
13936991       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 28 2017 01:18:50     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13862594       +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:15:41     Gecrb/Lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
13862595       +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:15:12     Gecrb/Sams Club,   Po Box 965005,
                 Orlando, FL 32896-5005
13879282        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2017 01:18:10     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13862601        E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2017 01:17:45     Midland Credit Managment, Inc.,
                 PO Box 60578,    Los Angeles, CA 90060-0578
13862602       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2017 01:17:45     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13870268        E-mail/Text: bnc-quantum@quantum3group.com Sep 28 2017 01:17:15
                 Quantum3 Group LLC as agent for,    Collins Asset Group LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                             TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Pittsburgh Water & Sewer Authority
13862596       ##+Gordon & Weinberg, P.C,   1001 E. Hector Street,   Suite 220,   Conshohocken, PA 19428-2395
13862603       ##+National Action Finiancial Services, Inc,   165 Lawrence Bell Drive,   Suite 100,
                  Buffalo, NY 14221-7900
13871915       ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                              TOTALS: 2, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2          User: jfur                Page 2 of 2           Date Rcvd: Sep 27, 2017
                              Form ID: 408              Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:

```
          Albert G. Reese, Jr.    on behalf of Debtor Tammy J. Carlini areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Louis P. Vitti    on behalf of Creditor    PNC Bank, National Association tiffany@vittilaw.com,
           louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```