**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TAMMY J. CARLINI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:14-22187 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 05/29/2014  and confirmed on 7/24/14 .  The case was subsequently            Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,229.44 |
| Less Refunds to Debtor | 5,358.32 | |
| TOTAL AMOUNT OF PLAN FUND | | 23,871.12 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,549.00 | |
|    Trustee Fee | 1,150.73 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,699.73 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 2,273.63 | 2,273.63 | 0.00 | 2,273.63 |
|     Acct: XXXXXXXXX6/14 | | | | |
|   PNC BANK NA | 2,284.32 | 2,284.32 | 0.00 | 2,284.32 |
|     Acct: 3494 | | | | |
|   PNC BANK NA | 0.00 | 8,632.08 | 0.00 | 8,632.08 |
|     Acct: 3494 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX5/14 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 132.48 | 132.48 | 16.50 | 148.98 |
|     Acct: XXXXXXXXX2013 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 33.42 | 33.42 | 0.00 | 33.42 |
|     Acct: XXXXXXXXXXXXXXXX INT | | | | |
| | | | | 13,372.43 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAMMY J. CARLINI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAMMY J. CARLINI | 5,358.32 | 5,358.32 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT G REESE JR ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT G REESE JR ESQ | 549.00 | 549.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 76.16 | 76.16 | 0.00 | 76.16 |
|     Acct: XXXXXXXXXXXXX INC | | | | |
| | | | | 76.16 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 385.03 | 359.39 | 0.00 | 359.39 |
|     Acct: 1003 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5833 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COLLINS | 2,235.08 | 2,086.24 | 0.00 | 2,086.24 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1609 | | | | |
|   CUSTOMER REPORTS ON HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9247 | | | | |
|   FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2305 | | | | |
|   FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7256 | | | | |
|   GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2305 | | | | |
|   GECC/SAMS CLUB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2064 | | | | |
|   HOUSING AUTHORITY/CITY OF PGH* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0089 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8320 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0264 | | | | |
|   NAFS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9330 | | | | |
|   NATIONAL GEOGRAPHIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4471 | | | | |
|   NATIONAL HOME GARDENING CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5485 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3699 | | | | |
|   RJM ACQUISITIONS LLC*++ | 80.64 | 0.00 | 0.00 | 0.00 |
| Acct: 2700 | | | | |
|   RODALE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7333 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5157 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 117.05 | 109.25 | 0.00 | 109.25 |
| Acct: 3277 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 331.69 | 309.60 | 0.00 | 309.60 |
| Acct: 1992 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 1,990.90 | 1,858.32 | 0.00 | 1,858.32 |
| Acct: 7646 | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,722.80 |

TOTAL PAID TO CREDITORS                                                    18,171.39

```
TOTAL
CLAIMED              76.16
PRIORITY          4,723.85
SECURED           5,140.39
```

Date: 09/26/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   TAMMY J. CARLINI<br><br>         Debtor(s)<br><br>   Ronda J. Winnecour<br>       Movant<br>        vs.<br>   No Repondents. | Case No.:14-22187 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                         BY THE COURT:

                                                                          U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 14-22187-JAD
Tammy J. Carlini                                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur              Page 1 of 2              Date Rcvd: Sep 27, 2017
                              Form ID: pdf900         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db              Tammy J. Carlini,    401 Johnston Avenue,    Pittsburgh, PA 15207-1744
cr             +PNC Bank, National Association,    3232 Newark Drive,    Miamisburg, OH 45342-5421
13862587       +Allied Interstate,    3000 Corporate Exchange Drive,    5t Floor,    Columbus, OH 43231-7689
13862588        Bk Of Amer,    P.O. Box 7047,    Dover, DE 19903
13862590        Customer Reports OnHealth,    PO Box 5233,    Harlan, IA 51593-0733
13862592       +Fashion Bug/Soanb,    1103 Allen Dr,    Milford, OH 45150-8763
13862593       +Fashion Bug/Spirit of America,    1103 Allen Drive,    Milford, OH 45150-8763
13862597       +HACP,    1705 Belleau Drive,    Pittsburgh, PA 15212-3976
13862599       +LVNV Funding LLC,    c/o Apothaker& Associates, P.C.,    2417 Welsh Road, Suite 21,    #520,
                 Philadelphia, PA 19114-2209
13862598       +Louis P. Vitti, Esquire,    Vitti & Vitti & Associates, PC,    215 Fourth Avenue,
                 Pittsburgh, PA 15222-1707
13862600       +Macys/Fdsb,    9111 Duke Blvd,    Mason, OH 45040-8999
13862606        NCO Financial/55,    PO Box 13570,    Philadelphia, PA 19101
13862604       +National Geographic,    1145 17th Street N.W.,    Washington, DC 20036-4707
13862605       +National Home Gardening Club,    PO Box 3528,    Hopkins, MN 55343-3528
13862607       +North Shore Agency,    9525 Sweet Valley Drive,    Building A,    Cleveland, OH 44125-4237
13885647       +PNC Bank, National Association,    c/o Vitti & Vitti & Associates, P.C.,    215 Fourth Avenue,
                 Pittsburgh, PA 15222-1707
13862608       +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
13862609       +Peoples Natural Gas,    PO Box 535323,    Pittsburgh, PA 15253-5323
13899355       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13862610       +Pittsburgh Water and Sewer Authority,    1200 Penn Avenue,    Pittsburgh, PA 15222-4216
13862611       +Pnc Mortgage,    Bankruptcy Department,    Mail: B6-YM07-01-8,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13862613       +RJM Acquistions, LLC,    575 Underhill Blvd,    Syosset, NY 11791-3426
13862612       +Retrevial-Masters Creditors Bureau, Inc.,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
13862614        Rodale,    400 South Tenth Street,    Emmaus, PA 18098-0099
13862615       +Sears/Citibank USA N.A.,    Credit Card Registration,    300 West Schrock Road,
                 Westerville, OH 43081-1189
13862616        Solomon and Solomon P.C.,    Columbia Circle,    PO Box 15019,    Albany, NY 12212-5019
13862617       +UPMC PHYSICIAN SERVICES,    PO BOX 371980,    Pittsburgh, PA 15250-7980
13862618       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13903080        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2017 01:22:09
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13862589       +E-mail/Text: bnc@bass-associates.com Sep 28 2017 01:18:42     Collins Financial Services, Inc.,
                 Asignee of Citibank,    2101 West Ben White Blvd.,    Austin, TX 78704-7516
13862591       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 28 2017 01:18:43     Duquesne Light Co.,
                 411 Seventh Avenue, MD 6-1,    ATTN LEGAL,    Pittsburgh, PA 15219-1942
13936991       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 28 2017 01:18:43     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13862594       +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:15:09     Gecrb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13862595       +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:15:38     Gecrb/Sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
13879282        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2017 01:18:08     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13862601        E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2017 01:17:45     Midland Credit Managment, Inc.,
                 PO Box 60578,    Los Angeles, CA 90060-0578
13862602       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2017 01:17:45     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13870268        E-mail/Text: bnc-quantum@quantum3group.com Sep 28 2017 01:17:10
                 Quantum3 Group LLC as agent for,    Collins Asset Group LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Pittsburgh Water & Sewer Authority
13862596       ##+Gordon & Weinberg, P.C,    1001 E. Hector Street,    Suite 220,    Conshohocken, PA 19428-2395
13862603       ##+National Action Finiancial Services, Inc,    165 Lawrence Bell Drive,    Suite 100,
                 Buffalo, NY 14221-7900
13871915       ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 2, * 0, ## 3

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2           User: jfur                 Page 2 of 2              Date Rcvd: Sep 27, 2017
                               Form ID: pdf900            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2017 at the address(es) listed below:

      Albert G. Reese, Jr.    on behalf of Debtor Tammy J. Carlini areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
      James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
      Louis P. Vitti    on behalf of Creditor    PNC Bank, National Association tiffany@vittilaw.com, louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                                                                                      TOTAL: 7