IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-22187-JAD |
| Tammy J. Carlini | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | |
| Tammy J. Carlini | : | Rel. to Document No. 109 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | |
| | : | |
| No Respondent | : | |

**DEBTOR'S CERTIFICATE OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a Discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior Discharge in a bankruptcy case within the time frames specified in the Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a Discharge.

4. On October 5, 2017**,** at docket number 105, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *a Certificate of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by the Undersigned Counsel, who duly questioned Debtor about the statements in the Certification and verified the answers in support of this Certification.

Dated: **November 8, 2017**               Respectfully submitted by,
                                          **/s/ Albert G. Reese, Jr., Esq.**
                                          Albert G. Reese, Jr., Esq.
                                          PA I.D. #93813
                                          Law Office of Albert G. Reese, Jr.
                                          640 Rodi Road, 2nd Floor, Suite 2
                                          Pittsburgh, PA 15235
                                          412-241-1697 (Telephone)
                                          412-241-1687 (Fax)
                                          areese8897@aol.com
                                          Attorney for Debtor