**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/6/17 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**MODIFIED DEFAULT O/E JAD**

IN RE:
    TAMMY J. CARLINI

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Bankruptcy No. 14-22187-JAD

Chapter 13

Related To Doc. No. 100

**ORDER OF COURT**

AND NOW, this **6th** day of **November**, 2017, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

(7) The Debtor SHALL FILE his/her Certificate of Discharge Eligibility by **November 27, 2017**, or sanctions may be imposed.

BY THE COURT:

_____  mas
JEFFERY A. DELLER,
CHIEF U.S. BANKRUPTCY JUDGE

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 14-22187-JAD
Tammy J. Carlini                                                Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0315-2          User: mgut              Page 1 of 2              Date Rcvd: Nov 06, 2017
                              Form ID: pdf900         Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2017.
db             Tammy J. Carlini,    401 Johnston Avenue,    Pittsburgh, PA 15207-1744
cr            +PNC Bank, National Association,    3232 Newark Drive,    Miamisburg, OH 45342-5421
13862587      +Allied Interstate,    3000 Corporate Exchange Drive,    5t Floor,    Columbus, OH 43231-7689
13862588       Bk Of Amer,    P.O. Box 7047,    Dover, DE 19903
13862590       Customer Reports OnHealth,    PO Box 5233,    Harlan, IA 51593-0733
13862592      +Fashion Bug/Soanb,    1103 Allen Dr,   Milford, OH 45150-8763
13862593      +Fashion Bug/Spirit of America,    1103 Allen Drive,    Milford, OH 45150-8763
13862597      +HACP,    1705 Belleau Drive,    Pittsburgh, PA 15212-3976
13862599      +LVNV Funding LLC,    c/o Apothaker& Associates, P.C.,    2417 Welsh Road, Suite 21,    #520,
                Philadelphia, PA 19114-2209
13862598      +Louis P. Vitti, Esquire,    Vitti & Vitti & Associates, PC,    215 Fourth Avenue,
                Pittsburgh, PA 15222-1707
13862600      +Macys/Fdsb,    9111 Duke Blvd,    Mason, OH 45040-8999
13862606       NCO Financial/55,    PO Box 13570,    Philadelphia, PA 19101
13862604      +National Geographic,    1145 17th Street N.W.,    Washington, DC 20036-4707
13862605      +National Home Gardening Club,    PO Box 3528,    Hopkins, MN 55343-3528
13862607      +North Shore Agency,    9525 Sweet Valley Drive,    Building A,    Cleveland, OH 44125-4237
13885647      +PNC Bank, National Association,    c/o Vitti & Vitti & Associates, P.C.,    215 Fourth Avenue,
                Pittsburgh, PA 15222-1707
13862608      +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
13862609      +Peoples Natural Gas,    PO Box 535323,    Pittsburgh, PA 15253-5323
13899355      +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13862610      +Pittsburgh Water and Sewer Authority,    1200 Penn Avenue,    Pittsburgh, PA 15222-4216
13862611      +Pnc Mortgage,    Bankruptcy Department,    Mail: B6-YM07-01-8,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
13862613      +RJM Acquistions, LLC,    575 Underhill Blvd,    Syosset, NY 11791-3426
13862612      +Retrevial-Masters Creditors Bureau, Inc.,    4 Westchester Plaza,    Suite 110,
                Elmsford, NY 10523-1615
13862614       Rodale,    400 South Tenth Street,    Emmaus, PA 18098-0099
13862615      +Sears/Citibank USA N.A.,    Credit Card Registration,    300 West Schrock Road,
                Westerville, OH 43081-1189
13862616       Solomon and Solomon P.C.,    Columbia Circle,    PO Box 15019,    Albany, NY 12212-5019
13862617      +UPMC PHYSICIAN SERVICES,    PO BOX 371980,    Pittsburgh, PA 15250-7980
13862618      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13903080       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2017 01:16:21
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13862589      +E-mail/Text: bnc@bass-associates.com Nov 07 2017 01:10:14      Collins Financial Services, Inc.,
                Asignee of Citibank,    2101 West Ben White Blvd.,    Austin, TX 78704-7516
13862591      +E-mail/Text: kburkley@bernsteinlaw.com Nov 07 2017 01:10:08      Duquesne Light Co.,
                411 Seventh Avenue, MD 6-1,    ATTN LEGAL,    Pittsburgh, PA 15219-1942
13936991      +E-mail/Text: kburkley@bernsteinlaw.com Nov 07 2017 01:10:09      Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
13862594      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 01:16:25      Gecrb/Lowes,    Po Box 965005,
                Orlando, FL 32896-5005
13862595      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 01:16:11      Gecrb/Sams Club,    Po Box 965005,
                Orlando, FL 32896-5005
13879282       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2017 01:09:55      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13862601       E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2017 01:09:43      Midland Credit Managment, Inc.,
                PO Box 60578,    Los Angeles, CA 90060-0578
13862602      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2017 01:09:43      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13870268       E-mail/Text: bnc-quantum@quantum3group.com Nov 07 2017 01:09:29
                Quantum3 Group LLC as agent for,    Collins Asset Group LLC,    PO Box 788,
                Kirkland, WA  98083-0788
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Pittsburgh Water & Sewer Authority
13862596     ##+Gordon & Weinberg, P.C,    1001 E. Hector Street,    Suite 220,    Conshohocken, PA 19428-2395
13862603     ##+National Action Finiancial Services, Inc,    165 Lawrence Bell Drive,    Suite 100,
                Buffalo, NY 14221-7900
13871915     ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 2, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2           User: mgut              Page 2 of 2              Date Rcvd: Nov 06, 2017
                               Form ID: pdf900         Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:

      Albert G. Reese, Jr.    on behalf of Debtor Tammy J. Carlini areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

      James Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com

      Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com

      Louis P. Vitti    on behalf of Creditor   PNC Bank, National Association tiffany@vittilaw.com, louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com

      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

      Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                          TOTAL: 7